```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    DIANA L. PAULI (Cal. Bar No. 150289)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3899
 7       Facsimile: (213) 894-0142
         E-mail:    diana.pauli@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA RE: INTERCEPTION OF COMMUNICATIONS | CR MISC. Nos. 02-078-TJH; 02-122-TJH; 02-143-TJH; 02-217-TJH; 02-246-TJH; 03-077-TJH; 03-110-TJH; through 03-110(B)-TJH <br><br> GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING THE DRUG ENFORCEMENT ADMINISTRATION TO DESTROY ORIGINAL RECORDINGS CONTAINING INTERCEPTED CONVERSATIONS; DECLARATION OF WADE SHANNON; [PROPOSED] ORDER <br><br> [UNDER SEAL] |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files this ex parte application for an order pursuant to 18 U.S.C. § 2518(8)(a) permitting the Drug Enforcement Administration to destroy original recordings containing conversations intercepted pursuant to the Court's orders in the above captioned matters.

In addition, because this application relates to a wiretap investigation, the government requests that this application and proposed orders be filed under seal pursuant to the provisions of 18 U.S.C. § 2518(8)(b).

Dated: February 26, 2019        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/
DIANA L. PAULI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF WADE SHANNON

I, Wade Shannon, declare and state:

1. I am the Assistant Special Agent In Charge of the Los Angeles Field Office ("LAFO") of the Drug Enforcement Administration ("DEA"). I supervise the evidence program including the facilities where recordings intercepted pursuant to court orders are stored. In that capacity, I supervise the destruction of wiretap evidence pursuant to lawful process. I have not personally participated in the investigation discussed below but have reviewed the documents associated with the case that still remain and make this declaration based upon that review.

2. In or about 2002 through 2003, the DEA had an investigation into the drug trafficking activities of Jose Roberto Herran-Ochoa, among others, and included interception of communications over (323) 371-9216; (323) 687-9111; and (323) 219-3370. This investigation included court-authorized interceptions obtained in the above referenced matters.

3. The interception of communications resulted in the collection of eighteen Magneto Optical disks. The recordings were subsequently sealed in the presence of the Court, with the sealing verified by either the signature or initials of the Court. The recordings are still contained in the same packaging in which they were presented to the Court and the seal is undisturbed.

4. The investigation ultimately concluded, and the aforementioned court authorized recordings have been maintained in excess of ten years since the respective sealing date. To date, all judicial action has been completed in the investigation and/or prosecution. There are no fugitives or outstanding appeals. Other

than the intercepted communications, all evidence in this case has been destroyed by the DEA.

5.   Given that the case has concluded, the government seeks a court order, pursuant to 18 U.S.C. § 2518(8)(a), granting permission to destroy the original recordings containing conversations that were intercepted during the course of the interception orders mentioned above.  To that end, with this application, the DEA seeks an order from the court allowing the destruction of the original recordings.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2019 at Los Angeles, California.

_____
WADE SHANNON
Assistant Special Agent in Charge
Drug Enforcement Administration